UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re:<br><br>CHANDANA BASU,<br><br>                    Debtor.<br><br>NARINDER S. GREWAL,<br><br>                    Plaintiff,<br><br>v.<br><br>CHANDANA BASU,<br><br>                    Defendant. | Case No. 6:08-bk-17298-PC<br><br>Adversary 6:08-ap-01362-PC<br><br>Chapter 7<br><br>**JUDGMENT**<br><br>Date: June 29, 2009<br>Time: 9:30 a.m.<br>Place: U.S. Bankruptcy Court<br>       Courtroom # 304<br>       3420 Twelfth Street<br>       Riverside, CA 92501 |
|---|---|

At the above captioned date and time, this action came on for trial before the court. Jeremy O. Arnaiz appeared for the Plaintiff, and Michael J. Hemming appeared for the Defendant. At the conclusion of the testimony adduced and evidence presented by the Plaintiff, Defendant moved for judgment as a matter of law. Having considered the motion, evidentiary record and arguments of counsel, and based upon findings of fact and conclusions of law stated orally and recorded in open court pursuant to F.R.Civ.P. 52(c), as incorporated into FRBP 7052, it is

ORDERED, ADJUDGED and DECREED that Defendant's motion be, and the same is hereby granted; and it is further

ORDERED, ADJUDGED and DECREED that the relief requested in Plaintiff's complaint be, and the same is hereby, denied and this adversary proceeding is dismissed with prejudice; and it is further

ORDERED, ADJUDGED and DECREED that the relief requested in Defendant's Amended Cross-Complaint and Assessment of Claim is denied for lack of standing.

1  All other relief requested is denied.

2  Dated:

3  JUN 29 2009

PETER H. CARROLL
United States Bankruptcy Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____JUDGMENT_____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of __6/29/09__, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9021-1.1**

*January 2009*

| In re: | | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NUMBER: |

**ADDITIONAL SERVICE INFORMATION** (if needed):

ELECTRONIC

- Michael J Hemming    michaeljhemming@gmail.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

U.S. MAIL

Jeremy O Arnaiz
6690 Alessandro Blvd Ste A
Riverside, CA 92506

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**