| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael J. Hemming, Esq.  SBN: 74538<br>LAW OFFICE OF MICHAEL J. HEMMING<br>333 West Mission Boulevard<br>Pomona, CA 91766<br>Telephone: (909) 469-6087  Fax: (909) 469-2732<br>*Attorney for* Chandana Basu, Defendant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>CHANDANA BASU<br><br><br><br><br><br>Debtor. | CHAPTER __7__<br><br>CASE NUMBER 6:08-bk-17298-PC<br>DATE: January 13, 2009<br>TIME: 9:30 a.m.<br>COURTROOM: 304 |
|---|---|

## NOTICE OF MOTION FOR:

FOR NEW TRIAL FILED BY DEFENDANT CHANDANA BASU RE: ADV. CASE NO.: 6:08-ap-01366-PC

*(Specify name of Motion)*

1. TO:   THE COURT AND ALL INTERESTED PARTIES

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith.  Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)

---

**Hearing Date:** January 13, 2009      **Time:** 9:30 a.m.      **Courtroom:** 304      **Floor:**

- ❏ 255 East Temple Street, Los Angeles
- ❏ 21041 Burbank Boulevard, Woodland Hills
- ☒ 3420 Twelfth Street, Riverside
- ❏ 411 West Fourth Street, Santa Ana
- ❏ 1415 State Street, Santa Barbara

---

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1.  If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: December 7, 2009

LAW OFFICE OF MICHAEL J. HEMMING
*Law Firm Name*

By: MICHAEL J. HEMMING, ESQ.

Name: /S/ Michael J. Hemming
*Attorney for Movant*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-1.1**

| In re | CHAPTER: 7 |
|---|---|
| CHANDANA BASU | |
| Debtor(s). | CASE NO.: 6:08-bk-17298-PC |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

333 West Mission Boulevard, Pomona, CA 91766

A true and correct copy of the foregoing document described as NOTICE OF MOTION TO FOR NEW TRIAL FILED BY DEFENDANT CHANDANA BASU RE: ADV. CASE NO.: 6:08-ap-01366-PC will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On December 7, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Attn: Clerk, Chambers Copy
Honorable Peter H. Carroll
U.S. Bankruptcy Court, Riverside Division
3420 Twelfth Street, Suite 365, Riverside, CA 92501-3819     ☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 7, 2009 | KATHLEEN A. MURRAY | /S/ Kathleen A. Murray |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                         F 9013-1.1

Notice of Motion (with Hearing) - *Page 3*          **F 9013-1.1**

| In re | CHAPTER: 7 |
|---|---|
| CHANDANA BASU | |
| Debtor(s). | CASE NO.: 6:08-bk-17298-PC |

**ADDITIONAL SERVICE INFORMATION** (if needed):

HANSON BRIDGETT LLP          Attorneys for Plaintiff
JAMES F. GEARY                    LEONARD SOLONIUK, M.D.
500 Capitol Mall, Suite 1500
Sacramento, CA 95814


CHANDANA BASU                  DEBTOR
PO Box 2013
Upland, CA 91785


ROBERT WHITMORE              CHAPTER 7 TRUSTEE
3600 Lime Street, Suite 611
Riverside, CA 92501


UNITED STATES TRUSTEE      U.S. TRUSTEE
3685 Main Street, Suite 300
Riverside, CA 92501

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                 **F 9013-1.1**